IDA M. BUTTS, *Plaintiff in Error*, v. O. L. STUART AND L. E. STRAUSS, CO-PARTNERS DOING BUSINESS UNDER THE STYLE AND FIRM NAME OF STUART & STRAUSS, *Defendants in Error*.

Decision Filed February 10, 1922.

·. Petition for Rehearing Denied March 20, 1922.

· A Writ of Error to a Judgment of the Circuit Court within and for the County of Manatee; O. K. Reaves, Judge.

*John B. Singletary*, for Plaintiff in Error;

*Dewey A. Dye*, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.